IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARNABAS H. DARWIN,<br><br>                   Plaintiff,<br><br>vs.<br><br>JULIA C. ZOSS,<br><br>                   Defendant. | 8:24CV291<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, filed by Plaintiff Barnabas H. Darwin, a non-prisoner, on July 23, 2024. On July 24, 2024, Plaintiff paid the Court's $405.00 filing and administrative fees. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is denied as moot.

2. Because the filing fee has been paid in this non-prisoner case, and at the direction of the Court, this case is removed from the pro se docket. The clerk's office shall randomly assign new judges to this case and request a reassignment order from the Chief Judge.

Dated this 5th day of August, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge